AO 245H    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | (For a Petty Offense) — Short Form |
| KENNEDY, BRANDY D | CM/ECF Case No. 4:26-PO-00234-AGH |

Case No.    GM1        E2722479

USM No.

Pro Se
_____
Defendant's Attorney

**THE DEFENDANT:** KENNEDY, BRANDY D

☐    **THE DEFENDANT** pleaded guilty to count(s)    _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| OCGA § 40-6-15 | Suspended Registration | 04/06/2026 | 1 |

☑  Count(s)  1  _____    ☑ is   ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $0.00 | $ | $ | $ |

Last Four Digits of Defendant's Soc. Sec. No.:  5973

Defendant's Year of Birth:  1987

City and State of Defendant's Residence:
COLUMBUS, GA

07/22/2026
_____
Date of Imposition of Judgment

_____
Signature of Judge

Amelia G. Helmick, US Magistrate Judge
_____
Name and Title of Judge

07/22/2026
_____
Date